474 A.2d 645

Commonwealth v. Scott, Appellant.

Submitted November 8, 1983.   Thomas Albert Bowlen, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.